## IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

### AT NASHVILLE

FILED

July 15, 1999

Cecil W. Crowson
Appellate Court Clerk

| STATE OF TENNESSEE, | ) | |
|---|---|---|
| | ) | No. 01C01-9802-CC-00068 |
| Appellee, | ) | |
| | ) | Robertson County, No. 97-0381 below |
| v. | ) | |
| | ) | (First Degree Murder) |
| LESLIE BRIAN WILLIS, | ) | |
| | ) | REVERSED AND REMANDED |
| Appellant. | ) | |

### JUDGMENT

Came the defendant, Leslie Brian Willis, by counsel, and the state, by the Attorney General, and this cause was heard on the record on appeal from the Criminal Court of Robertson County; and upon consideration thereof, this court is of the opinion that there is reversible error in the judgment of the trial court.

It is, therefore, ordered and adjudged that the judgment of the trial court is reversed and the case is remanded to the Criminal Court of Robertson County for a new trial on the charge of murder in the second degree and such further proceedings as are consistent with the court's opinion.

The costs of the appeal are taxed to the State of Tennessee.

James Curwood Witt, Jr., Judge

David H. Welles, Judge

John H. Peay, Judge (Not Participating)